```
                    UNITED STATES DISTRICT COURT
                    MIDDLE DISTRICT OF TENNESSEE
                         NASHVILLE DIVISION
```

UNION LEASING, INC.,            )
                                )
         Plaintiff              )
                                )          Case 3:12-0666
v.                              )          Judge Campbell/Brown
                                )          **Jury Demand**
ADVANTAGE, INC. d/b/a ACCESS CAR )
RENTAL; ROBERT MARK MOONEYHAM;  )
and ABC BOWLING GREEN, LLC d/b/a )
ABC BOWLING GREEN AUTO AUCTION, )
                                )
         Defendants             )

## **O R D E R**

A telephone conference was held in this matter on February 4, 2013. Counsel advised that at the present time they had mediation scheduled in two weeks and if the mediation failed they were in the process of scheduling depositions.

ABC Bowling Green (ABC) has a pending motion to amend their answer and counter-claims (Docket Entry 33) to which a response and reply have been filed. The Plaintiff requested permission to file a short surreply to which no opposition was expressed. Accordingly, ABC may file a surreply.

The parties are requested to notify the Magistrate Judge of the results of mediation. In case the matter does not successfully mediate the Magistrate Judge will then work on a ruling on the pending motion to amend the counter-claim. Since there is no opposition, the Magistrate Judge will **GRANT** the motion to amend the answer.

Advantage, Inc. d/b/a Access Car Rental is in bankruptcy and accordingly no action can be taken, apart from bankruptcy, as to them.

It is so **ORDERED**.

/s/ Joe B. Brown
JOE B. BROWN
United States Magistrate Judge